The State ex rel. Howard, Appellant, *v.* Seaway Foodtown, Inc. et al., Appellees.

[Cite as *State ex rel. Howard v. Seaway Foodtown, Inc.* (2002), 94 Ohio St.3d 440.]

(No. 01–1624—Submitted January 8, 2002—Decided March 20, 2002.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals. The motion to strike, the amended motion to certify the record to the United States Supreme Court, and the motion to reverse and remand are denied.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Gregory T. Howard, pro se.*

*Eastman & Smith, Ltd., Thomas A. Dixon* and *Margaret Mattimoe Sturgeon,* for appellee Seaway Foodtown, Inc.

*Betty D. Montgomery,* Attorney General, and *Thomas L. Reitz,* Assistant Attorney General, for appellees Ohio Bureau of Workers' Compensation and Industrial Commission.